**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

JESSICA DENEFIELD,

    Plaintiff,

vs.                                              CASE NO. 1:07CV188-SPM/AK

UNITED STATES, et al,

    Defendants.

_____/

**O R D E R**

    Presently before the Court is Defendant United States' Unopposed Motion to Stay Discovery.  (R. 24).  Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and all discovery is hereby **STAYED** until further order of the Court.

    **DONE AND ORDERED** this  *31st*  day of January, 2008.

                                              *s/ A. KORNBLUM*
                                              **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**