IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


JESSICA DENEFIELD,

    Plaintiff,

vs.                                          CASE NO. 1:07CV188-SPM/AK

DEL-JEN, INC.,

    Defendants.

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendant's Motion to Compel More Complete Rule 26(a) Disclosures. (Doc. 51). Plaintiff has responded that additional time is needed through July 31, 2008, to provide more complete information about her damages. (Doc. 54). Such a request is reasonable since discovery is ongoing, and therefore, the motion to compel (doc. 51) is **GRANTED**, with the proviso that Plaintiff shall have through July 31, 2008, to comply.

**DONE AND ORDERED** this  7th  day of July, 2008.


                                              s/ A. KORNBLUM
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**